UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/21
```

--------------------------------------------------------x

ARTURO RODRIGUEZ, and KAREN
RODRIGUEZ,
              Plaintiffs,

v.

C.R. BARD INCORPORATED, and BARD
PERIPHERAL VASCULAR
INCORPORATED,
              Defendants.

--------------------------------------------------------x

**ORDER OF DISMISSAL**

20 CV 2745 (VB)

The Court has been advised that the parties have reached a settlement in principle in this

case.  Accordingly, it is HEREBY ORDERED that this action is dismissed without costs, and

without prejudice to the right to restore the action, provided the application to restore the action

is made by no later than November 2, 2021.  To be clear, any application to restore the action, or

to extend the time to do so, must be filed by November 2, 2021, and any application to restore

the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, conferences, or other scheduled court appearances are cancelled.

The Clerk is instructed to close the case.

Dated: September 3, 2021
      White Plains, NY

                    SO ORDERED:

                    Vincent L. Briccetti
                    United States District Judge